UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDLY A. ATHERLEY, II,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>SCOTT KERNAN, et al.,<br><br>　　　　　　　　Defendants. | Case No.: 19cv2355-LAB-DEB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

　　　Plaintiff Edly A. Atherley, II, proceeding *pro se*, filed a First Amended Complaint ("FAC") pursuant to 42 U.S.C. § 1983, claiming that Defendants violated his First and Eighth Amendment rights by using excessive force against him. In their motion to dismiss the FAC, Defendants argue that: (1) Atherley failed to exhaust his administrative remedies; and (2) his claims are barred pursuant to the "favorable-termination rule" under *Heck v. Humphrey*, 512 U.S. 447 (1994). (Dkt. 24). The motion to dismiss was referred to Magistrate Judge Daniel E. Butcher for a report and recommendation ("R&R"). Judge Butcher recommends: (1) denying Defendants' motion to dismiss based on Atherley's alleged failure to exhaust his administrative remedies; (2) granting Defendants' motion to dismiss Atherley's claims against Defendants Hultz, Jaramillo, Joyner, and Crespo as barred under *Heck*; and (3) denying Defendants' motion to dismiss Atherley's post-

restraint claims against Defendants Pamplin and Strong. (Dkt. 29). Objections to the R&R were due on January 20, 2022, but Plaintiff hasn't filed any to date.

A district court has jurisdiction to review a magistrate judge's report and recommendation on dispositive matters. Fed. R. Civ. P. 72(b). "The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to." *Id.* "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). The "statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original).

The Court has reviewed the R&R and **ADOPTS** it in full. (Dkt. 29). For the reasons set forth in the R&R, Defendants' motion to dismiss is **GRANTED IN PART AND DENIED IN PART**. (Dkt. 24).

**IT IS SO ORDERED**.

Dated:  January 24, 2022

_____
Honorable Larry Alan Burns
United States District Judge